UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KURT DOBLER, derivatively on behalf of CELSIUS HOLDINGS, INC., | Case No. 3:24-cv-00578-ART-CSD |
| Plaintiff, | Reassignment Order |
| v. | |
| JOHN FIELDLY, JARROD LANGHANS, NICHOLAS CASTALDO, DAMON DESANTIS, HAL KRAVITZ, JIM LEE, CAROLINE LEVY, CHERYL MILLER, and JOYCE RUSSELL, | |
| Defendants, | |
| and | |
| CELSIUS HOLDINGS, INC., | |
| Nominal Defendant. | |
| MARK STOYANOFF, derivatively on behalf of CELSIUS HOLDINGS, INC., | Case No. 2:25-cv-00207-JCM-MDC |
| Plaintiff, | |
| v. | |
| JOHN FIELDLY, NICHOLAS CASTALDO, DAMON DESANTIS, HAL KRAVITZ, JIM LEE, CAROLINE LEVY, CHERYL MILLER, JOYCE RUSSELL, and JARROD LANGHANS, | |
| Defendants, | |
| and | |
| CELSIUS HOLDINGS, INC., | |
| Nominal Defendant. | |

The presiding district judges have reviewed the cases named in the caption and determined that they are related. Further, the presiding judges have agreed that there is good cause to reassign 2:25-cv-00207-JCM-MDC to Judge Anne R. Traum under LR 42-1. Reassignment will promote judicial efficiency and not result in prejudice to the parties.

It is therefore ordered that Case No. 2:25-cv-00207-JCM-MDC is reassigned to Judge Anne R. Traum. The Clerk of Court is directed to update Case No. 2:25-cv-00207-JCM-MDC to appear as Case No. 3:24-cv-00578-ART-CSD.

DATED THIS 24th Day of February 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE